MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
BENJAMIN D. SEAL
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 11 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARMANDO GOMEZ,<br><br>Defendant. | 1:14-CR-2011-WFN<br><br>INDICTMENT<br><br>Ct. 1: 18 U.S.C. § 922(g)(3) -<br>User in Possession of Firearms |

The Grand Jury charges:

## COUNT 1

On or about November 7, 2013, in the Eastern District of Washington, the Defendant, ARMANDO GOMEZ, then being an unlawful user and person addicted to a controlled substance, did knowingly possess in and affecting interstate and foreign commerce a firearm, to wit: a Ruger 9mm pistol, model P95DC, serial number 311-78124, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(3).

## NOTICE OF FORFEITURE

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, 924(d)(1) and Title 28, United States Code, Section 2461(c).

INDICTMENT                                1

Upon conviction of the offense of possession of a firearm by unauthorized person in violation of Title 18, United States Code, Sections 922(g)(3), as charged in Count 1 of this Indictment, Defendant ARMANDO GOMEZ shall forfeit to the United States of America, pursuant to Title 18, United States Code, 924(d)(1) and Title 28, United States Code, Section 2461(c), the property that was involved in the commission of the offense charged in Count 1, specifically:

(1)  a Ruger 9mm pistol, model P95DC, serial number 311-78124.

DATED: February 11, 2014.

A TRUE BILL



Foreperson

MICHAEL C. ORMSBY
United States Attorney

SHAWN N. ANDERSON
Supervisory Assistant United States Attorney

BENJAMIN D. SEAL
Assistant United States Attorney

INDICTMENT                                    2